757 S.E.2d 709

## Re ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS.

Supreme Court of South Carolina.

April 25, 2014.

## ORDER

The South Carolina Commission on Continuing Legal Education and Specialization has furnished the attached list of lawyers who have failed to file reports showing compliance with continuing legal education requirements, or who have failed to pay the filing fee or any penalty required for the report of compliance, for the reporting year ending in February 2014. Pursuant to Rule 419(d)(2), SCACR, these lawyers are hereby suspended from the practice of law. They shall surrender their certificates to practice law in this State to the Clerk of this Court by May 23, 2014.

Any petition for reinstatement must be made in the manner specified by Rule 419(e), SCACR. Additionally, if they have not verified their information in the Attorney Information System, they shall do so prior to seeking reinstatement.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary

Counsel. Rule 8.3, Rules of Professional Conduct for Lawyers, Rule 407, SCACR.

/s/JEAN H. TOAL, C.J.
/s/COSTA M. PLEICONES, J.
/s/DONALD W. BEATTY, J.
/s/JOHN W. KITTREDGE, J.
/s/KAYE G. HEARN, J.
 FOR THE COURT

## LAWYERS NON–COMPLIANT

## WITH THE MCLE REQUIREMENTS

## FOR THE

## 2013–2014 REPORTING YEAR

## AS OF APRIL 16, 2014

George Ross Anderson, III

G. Ross Anderson, III Law Office

407 Ravenal Road

Anderson, SC 29621

John Franklin Baker II

313 Lakewood Drive

Anderson, SC 29621

ADMINISTRATIVE SUSPENSION (3/14/14)

Paul Clarendon Ballou

Law Ofc. Of Paul C. Ballou

PO Box 7702

Columbia, SC 29202

INTERIM SUSPENSION (5/23/13)

Daniel A. Beck

Asbill & Beck

233 Austin Lane

Saluda, NC 28773

INTERIM SUSPENSION (9/2/11)

Christopher C. Booberg

The Joel Bieber Firm

7 East Franklin Street

Richmond, VA 23219

ADMINISTRATIVE SUSPENSION (3/14/14)

Rebecca Preston Burke

2154 Coker Avenue

Charleston, SC 29412

Alton P. Clark

516 Innsbrook Drive

Columbia, SC 29210

Andrew Payne Copenhaver

Joy Law Firm, LLP

5861 Rivers Avenue

PO Box 62888

North Charleston, SC 29406

Jerry P. Davidian

PO Box 1124

Telluride, CO 81435

Graydon Halls Ellis

2140 Royall Drive

Winston–Salem, NC 27106

ADMINISTRATIVE SUSPENSION (3/14/14)

Marvin Gene Frierson

4279 Savannah Drive

East Point, GA 30349

ADMINISTRATIVE SUSPENSION (3/14/14)

Shaun White Garrison

229 Coinbow Circle

620

Mount Pleasant, SC 29464

Sallie Small Holder

Taylor Foley, LLC

926 Richter Way

Mount Pleasant, SC 29464

Parker Edwards Howle

Howle Law Firm

PO Box 186

Darlington, SC 29540

John A. Jackson

Law Office of John A. Jackson, PC

1405 Remount Road

North Charleston, SC 29406

Shawn Keith Jacque

Daimler Trucks North American, LLC

2477 Deerfield Drive, FM–1XA

Fort Mill, SC 29715

Horace Anderson Jones, Jr.

Law Ofc. Of Horace A. Jones, Jr.

141 Oakland Avenue

Rock Hill, SC 29730

INTERIM SUSPENSION (3/11/13)

Matthew Jeffrey Lester

5925 Carnegie Boulevard, Suite 200

Charlotte, NC 28209

ADMINISTRATIVE SUSPENSION (3/14/14)

Christine Marie Locay

Medac

2865 NE 26th Street

Fort Lauderdale, FL 33305

ADMINISTRATIVE SUSPENSION (3/14/14)

Ernessa Brawley McKie

PO Box 1551

Columbia, MD 21044

Robert Gordon Menna

12000 Market Street, 186

Reston, VA 20190

Beth K. Palin

504 Spruce Street

Bristol, TN 37620

Amy Marie Parker

Amy M. Parker, LLC, Attorney at Law

419 Vardry Street

Greenville, SC 29601

INTERIM SUSPENSION (5/28/13)

Alice Jefferies Perkins

940 Glenn Street, Suite 402

West Columbia, SC 29169

ADMINISTRATIVE SUSPENSION (3/14/14)

Frederick Scott Pfeiffer

Gleaton Wyatt Hewitt, PA

935 South Main Street, Suite 203

Greenville, SC 29601

INTERIM SUSPENSION (6/15/12)

Marshall Usher Rogol

105 Exchange Street

Darlington, SC 29532

INTERIM SUSPENSION (8/28/13)

Gus C. Smith

SC Legal Services

PO Box 1231

Conway, SC 29528

ADMINISTRATIVE SUSPENSION (3/14/14)

Michael Socha

2 Carillon Court

Wilmington, DE 19803

Robert Paul Taylor

Taylor Law Firm, LLC

PO Box 63522

North Charleston, SC 29419

INTERIM SUSPENSION (2/19/14)

Samuel Oscar Thompson II

208 Olde Springs Road

Columbia, SC 29223

ADMINISTRATIVE SUSPENSION (3/14/14)

Justin John Trapp

875 Adden Street

Orangeburg, SC 29115

ADMINISTRATIVE SUSPENSION (3/14/14)

Brent Andrew Tucker

2048 Mcdowell Street

Augusta, GA 30904

ADMINISTRATIVE SUSPENSION (3/14/14)

William Franklin Warren III

Warren Law Group

128 Millport Circle, # 200

Greenville, SC 29607

INTERIM SUSPENSION (12/18/13)

Dan Wyatt

Foltz Martin Hudson & Knapp, LLC

Five Piedmont Center, Suite 750

3525 Piedmont Road, NE

Atlanta, GA 30305

ADMINISTRATIVE SUSPENSION (3/14/14)